# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE SHEWARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANEANE WEBER, et al., ) <br> ) <br> Defendants. ) | 1:15-cv-00015-BAM (PC) <br><br> ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2014.  Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the motion was not on the appropriate form and was not signed. Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   **January 9, 2015**          /s/ Barbara A. McAuliffe      
                                      UNITED STATES MAGISTRATE JUDGE

1